1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Clifford Ray Faust

6
7
8                   UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                     **(HONORABLE JAN M. ADLER)**

11 UNITED STATES OF AMERICA,        )   Case No. 08MJ0164
                                    )
12          Plaintiff,               )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 CLIFFORD RAY FAUST,              )
                                    )
15          Defendant.              )
   _____ )
16

17     Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                    Alan E. Ferguson
                  aefergie@bigfoot.com; and
19
                      U.S. Attorney CR
20                Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,
22

23 DATED:    January 29, 2008         /s/ Elizabeth M. Barros
                                      **ELIZABETH M. BARROS**
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Clifford Ray Faust
25
26
27
28