Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jan M. Adler)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0278-BEN |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |
| Clifford Ray Faust, | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Jacinto Tejeda-Garcia [A77-420-832], is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety. The current and correct address of the surety noted below is contained in the Financial Department records of this Court, as certified by the material witness attorney in the application filed herewith:

Surety Name:     Gustavo Ramirez
3184 Carlyle Street
Los Angeles, CA 90065

DATED: ___3/17/08___

The Honorable Jan M. Adler
United States Magistrate Judge